# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 731 |
| | : | |
| DESIGNATION OF CHAIR OF THE | : | SUPREME COURT RULES DOCKET |
| JUVENILE COURT PROCEDURAL | : | |
| RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, Kelly L. McNaney, Esquire, is hereby designated as Chair of the Juvenile Court Procedural Rules Committee, commencing May 10, 2017.